UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-573-H

JEFFREY HAYES                                                                                                                     PLAINTIFF

V.

UNITED PARCEL SERVICE
and
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, WAREHOUSEMEN, AND
CHAUFFEURS, LOCAL UNION #236                                          DEFENDANTS

**MEMORANDUM AND ORDER**

Defendants have moved for a more definite statement of the complaint or in the alternative for dismissal of the complaint. Defendants argue that Plaintiff's complaint contains only two conclusory statements which do not allege sufficient facts to support the more general allegations of the complaint. Defendants assert that the appropriate remedy in the circumstances is for Plaintiff to make a more definite statement of the facts which support the complaint.

The Court has reviewed the complaint and determines that it contains the bare minimum of facts from which each Defendant can surmise the allegations against it. The Court could exercise its discretion to require a more definite statement, but decides not to do so here. In these circumstances, the Court suggests that the best course of action is that Defendants propound interrogatories directed to discover the particular facts upon which Plaintiff bases his claim. Those interrogatories may be propounded in this case even as the parties seek to arrange a Rule 26 conference.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion to dismiss and for a more definite statement is DENIED.

IT IS FURTHER ORDERED that Defendants are granted permission to propound interrogatories to discover the factual basis for Plaintiff's charges.

cc:     Counsel of Record